1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GEMINI PARTNERS, INC., a    )   CV 09-3252 RSWL
    California corporation; GP   )
12  GROUP LLC, a California     )
    Corporation,                )   **ORDER TO SHOW CAUSE**
13                              )
                  Plaintiffs,   )
14                              )
        v.                      )
15                              )
                                )
16  PLAINFIELD ASSET MANAGEMENT )
    LLC, a Connecticut          )
17  corporation; PLAINFIELD     )
    DIRECT WEST LLC, a          )
18  California lender; DOES 1    )
    through 50, inclusive,      )
19                              )
                                )
20                Defendants.   )
                                )
21  _____)

22      The Court is in receipt of Defendants' Notice of

23  Removal.  Defendants allege federal jurisdiction under

24  28 U.S.C. § 1332(a), which Defendants believe entitles

25  them to remove this case under 28 U.S.C. §§ 1441(a)and

26  (b).

27      Defendants allege that there is complete diversity

28  between Plaintiffs and Defendants.  However, one of the

                                1

1  named defendants, Plainfield Direct West LLC, was

2  incorporated in California before it dissolved.  It is

3  noted that Plainfield Direct West LLC's former parent

4  corporation and successor-in-interest, Plainfield

5  Direct Inc., is incorporated under the laws of the

6  State of Delaware, with its principal place of business

7  in Connecticut.

8      However, Plainfield Direct West LLC was sued, not

9  Plainfield Direct Inc.  When a corporation dissolves,

10  their citizenship for purposes of diversity

11  jurisdiction is determined based on the corporation's

12  state of incorporation or the state of the

13  corporation's last business activity.  See, e.g., Patel

14  v. Sugen, Inc., 354 F. Supp. 2d 1098, 1111-12 (N.D.

15  Cal. 2005).

16      Therefore, it is ORDERED that Defendants show cause

17  why this case is removable to Federal District Court.

18  Specifically, Defendants must show that a parent

19  corporation defending a suit against its dissolved

20  subsidiary can assume the citizenship of its dissolved

21  subsidiary.  The parties have until no later than June

22  12, 2009, to respond, demonstrating why this case

23  should not be dismissed for lack of subject matter

24  jurisdiction.

25  **IT IS SO ORDERED.**

26  DATED: June 1, 2009                    / s /
       _____

27                      **HONORABLE RONALD S.W. LEW**

28                      Senior, U.S. District Court Judge